No. 73–686. TELEPHONE USERS ASSN., INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL.; and

No. 73–687. TELEPHONE USERS ASSN., INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Motions for leave to dispense with printing petitions denied with leave to file printed petitions in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motions. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 73–761. CHIPPAS v. UNITED STATES. C. A. 5th Cir. Motion for leave to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motion.

No. 73–763. HIGHTOWER v. INDIANA. Sup. Ct. Ind. Motion for leave to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motion.